David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Raymunda Santos*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMUNDA SANTOS,<br><br>        Plaintiff(s),<br><br>vs.<br><br>MILLIMAN, INC.,<br><br>        Defendant(s). | Case No.: 2:21-cv-01047-JCM-EJY<br><br>**STIPULATION AND ORDER DISMISSING ACTION AGAINST MILLIMAN, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Raymunda Santos ("Plaintiff") and Defendant Milliman, Inc. ("Milliman"), collectively the "Parties," by and through their counsel of record, that the above-entitled action shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Parties request that the Court dismiss Milliman from this action and close the case.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on October 1, 2021.

/s/ Shawn W. Miller
David H. Krieger, Esq.
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Attorneys for Plaintiff
**Raymunda Santos**

/s/ Patrick G. Byrne
Patrick G. Byrne, Esq.
SNELL & WILMER, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Attorneys for Defendant
**Milliman, Inc.**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: October 4, 2021